JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-01999-ODW (KSx) | Date | April 20, 2020 |
|---|---|---|---|
| Title | *Dan McLellan et al. v. FCA US, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

    On February 28, 2020, Defendants removed this action from the Superior Court of California, County of Los Angeles, based on alleged diversity jurisdiction.  (Notice of Removal 7–8, ECF No. 1.)  On March 19, 2020, Plaintiffs moved to remand the action to the Superior Court ("Motion").  (Mot. to Remand, ECF No. 8.)  Plaintiffs set the hearing on the Motion for May 4, 2020, and thus Defendants were required to file any opposition no later than April 13, 2020.  *See* C.D. Cal. L.R. 7-9 (requiring an opposing party to file an opposition not later than twenty-one days before the designated hearing date).  A party that does not file an opposition may be deemed to consent to the granting of the motion.  C.D. Cal. L.R. 7-12; *see Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (upholding district court's dismissal of plaintiff's complaint based on failure to oppose motion as required by local rules).  Here, Defendants had notice of Plaintiffs' Motion, yet failed to oppose or respond.  Accordingly, the Court deems Defendants' failure to oppose as consent to the granting of the Motion and **GRANTS** Plaintiffs' Motion to Remand.  (ECF No. 8.)  The Court remands this action to the Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, Case No. 20STCV03307, 111 N. Hill Street, Los Angeles, 90012.  All dates are hereby **VACATED**.  The Clerk of the Court shall close the case.

    **IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |